IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| TEXAS RRR OIL & GAS LLC and ROBERT HUGHES, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION; and BANK OF AMERICA, N.A. <br><br> Defendants. | CASE NO.: 5:24-cv-1346 <br><br> (Removed from 57th Judicial District Court for Bexar County, TX, Cause No. 2024CI24226) |

## NOTICE OF REMOVAL

Defendants Bank of America Corporation ("BAC") and Bank of America, N.A. ("BANA" and together the BAC, the "Defendants") hereby remove the action Plaintiffs Texas RRR Oil & Gas LLC and Robert Hughes ("Plaintiffs") filed in the 57th Judicial District Court for Bexar County, TX; Cause Number 2024CI24226, to the United States District Court for the Western District of Texas, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

### I.   STATEMENT OF THE CASE

On October 24, 2024, Plaintiffs commenced Cause Number 2024CI24226, styled *Texas RRR Oil & Gas LLC and Robert Hughes, v. Bank of America Corporation and Bank of America, N.A.*, in the 57th Judicial District Court for Bexar County, Texas (the "State Court Action").[1] Plaintiffs assert causes of action for Breach of Contract and Breach of Fiduciary Duty. Plaintiffs seek damages in excess of $1,000,000.00.

### II.   TIMELINESS OF REMOVAL

Defendants were served with the Citation and Plaintiffs' Petition on November 1, 2024.

---

[1] A copy of the "Complaint" ("Complaint") is attached hereto with all State Court processes, pleadings, and orders as **Exhibit 3**.

Thirty (30) days have not expired since this service has occurred.[2] This was the first notice of this action served upon Defendants. Accordingly, this Notice of Removal is timely.[3]

### III.   VENUE

Venue for this Notice of Removal is proper in the United States District Court for the Western District of Texas because this district and division includes Bexar County, Texas, the location of the pending State Court Action.[4]

### IV.   BASIS FOR REMOVAL

*Diversity Jurisdiction*

There are four parties to the State Court Action: BAC, BANA and Plaintiffs. This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1332 as Plaintiffs, BAC and BANA (together, the "Parties") are completely diverse and the amount in controversy exceeds $75,000.00. BAC is a Delaware Corporation with its principal place of business in Charlotte, North Carolina. Thus, BAC is a citizen of the states of Delaware and North Carolina. BANA is a national banking association organized under the laws of the United States. BANA's principal place of business is also located in North Carolina as established by its articles of association. *Wachovia Bank v. Schmidt*, 546 U.S. 303, 307 (2006) ("[A] national bank, for § 1348 purposes, is a citizen of the State in which its main office, as set forth in its articles, is located."). BANA is considered a citizen of North Carolina. Plaintiff Texas RRR Oil & Gas LLC is a Texas limited liability company doing business in the State of Texas whose sole principal is Plaintiff Robert Hughes, who resides in San

---

[2] *See* Exhibit 3.
[3] *See* 28 U.S.C. § 1446(b) ("The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter.")
[4] *See* 28 U.S.C. § 1441(a); 28 U.S.C. § 121(a)(1).

Diego, Texas. Therefore, Plaintiffs are considered citizens of Texas.[5] As such, BAC and BANA are completely diverse from Plaintiffs.

The amount in controversy exceeds $75,000.00 as Plaintiffs' Complaint on its face asserts that they are entitled to damages of $1,000,000.00,[6] which well exceeds the $75,000.00 requirement for the amount in controversy pursuant to 28 U.S.C. § 1332. As such, BAC and BANA have a reasonable, good-faith belief Plaintiffs are asserting damages in excess of $75,000.00.

## V.   PROCEDURAL REQUIREMENTS HAVE BEEN SATISFIED

Pursuant to 28 U.S.C. § 1446(a), this *Notice of Removal* is accompanied by copies of the following:

   a.   An index of matters being filed is attached hereto as **Exhibit 1**;
   b.   The state court docket sheet is attached hereto as **Exhibit 2**;
   c.   Copies of (i) all pleadings asserting causes of action, (ii) all executed process in the case, if any, (iii) all answers, if any, and (iv) all orders signed by the state court judge, if any, are attached as **Exhibit 3**; and
   d.   A list of all counsel of record, including addresses, telephone numbers and all parties represented is attached hereto as **Exhibit 4**.

Simultaneously with the filing of this *Notice of Removal*, Defendants are filing a notice of the removal in the 57th Judicial District Court for Bexar County, Texas, Cause No. 2024CI24226, pursuant to 28 U.S.C. § 1446(d), which is attached hereto **as Exhibit 5**, and will provide written notice of the filing of this *Notice of Removal* to all parties as required by 28 U.S.C. § 1446(d).

## VI.   CONCLUSION

WHEREFORE, Defendants hereby notify the Court that the action now pending in the 57th Judicial District Court for Bexar County, Texas is removed to the United States District Court for

---

[5] *See* Exhibit 3, p. 7.
[6] *See* Exhibit 3.

the Western District of Texas. The Court may exercise original jurisdiction over this action because the Parties are completely diverse and the amount in controversy exceeds $75,000.00.

Date: November 22, 2024    Respectfully submitted,

/s/ Grant M. Figari
Grant M. Figari, SBN: 24119480
gfigari@mcguirewoods.com
**MCGUIREWOODS LLP**
2601 Olive Street, Suite 2100
Dallas, Texas 75201
Telephone: 214.932.6400
Facsimile: 214.932.6499

**ATTORNEY FOR DEFENDANTS**
**BANK OF AMERICA CORPORATION**
**and BANK OF AMERICA, N.A.**

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2024, a true and correct copy of the foregoing was served via the Court's electronic filing and notification system on all counsel of record and the parties below via first class mail, postage prepaid and email:

**Douglas A. Allison**
**Law Offices of Douglas A. Allison**
**403 N. Tancahua Street**
**Corpus Christi, TX 78401**

*Attorneys for Plaintiffs*

　　　　　　　　　　　　　　　　　　　　*/s/ Grant M. Figari*
　　　　　　　　　　　　　　　　　　　　Grant M. Figari